**RECEIVED**
MAR 10 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

_Smith Michael_ _____ _O580091_
Annual leave     Plaintiff                    Inmate Number
2x Department of Health Hospital   H cell
Paystub   VERSUS   United States Postal Ser   802 Tomalbay  Claim all legal
DHH   State o Louisiana   HR Block Chase Bank   the
Owe   Department of Health Hospital   Civil service Fru scam   Zachary
1,800   DHH/Polit   Avoyelles   Ball Jackson
2000   DOC Adult service   Jena Hunts Judicial Parish   Stolen money
J cell   20th Judicial   Corrector City of District   Over 200
Retirement   East & West Feliciana Parish   Baton   Prison close
check   (Enter above the full name of each   J Benville   East Baton   account account
   defendant in this action.)   Parish   Rouge   Edward
Jan   Pelican   State     JP Morgan   Driving suspend Payment tax return
4 roll   Collections Union   State retirement   Suspension   IPTION Full Plan OMV
shoe         Electronic Filing Pilot Program         DMV OMV Install
gown         In accordance with the Procedural Rules for Electronic Filing Pilot Project, General Order    grocery
& com     2012-01, inmates who reside in or are transferred into Louisiana Department of Corrections facilities     Pot 9
malicia    participating in the Electronic Filing Pilot Program shall receive orders, notices and judgments by   LDR    Doc unreal
Phy        Notice of Electronic Filing ("NEF").                                                                 of     Revenue public Internal
stated                                                                                                         Revenue    Safe Louisiana
personal                                                                                                                   state
clothes                                                                                                                   police

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

Submit the complaint and pauper affidavit to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes (✓) No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.) False imprisoned pen jury Both court post con.

1. Parties to this previous lawsuit
   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the parish): _____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): False statement cases was said at East west Baton Rouge parish to be dismiss prejudice from Rhonda

6. Date of filing lawsuit: _____

7. Date of disposition: _____

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes (✓) No ( )

[Handwritten marginalia surrounding the form:]

Left margin: wrong FCL conviction children sentence cases on convict judges settlement court Attorney ineffective council private matter Judge racism Both signed false order commitment on ash Fl weapons culver abusing mental health to cover denied right attorney on probation on phone call witness under mental of defense not doing job

Top right: Illegal sentence illegal team

Right margin: false arrest victim a amendment several court time not ever concern judge Sidney poor white sign false order commitment to be sentence Illegal search warrant scotts pen jury violated all amend sen

Bottom: He been in jail for 4 years since s bossier united state post jackson He Been Bam Box young thrush this Since 2000 El paso same thing lock him up

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

_____
_____

II.  Place of present confinement: _Elayn Hunts DOC Avoyelles Parish East West penitentior Catahula DPPD_

A. Is there a prisoner grievance procedure in this institution?
   Yes ( ) No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes (✓) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. _____

2. What steps did you take? _____
_____
_____

3. What was the result? _____

D. If your answer is No, explain why not: _they denied processing grievance say nothing to do false charge Elysium under with fact process to st Martin parish of security deputy_

III. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) _Smith Michael_
   Address _1170 oreole st Columbia LA 70807_

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _____Work pt1 Domic_____ is employed as _____Baton Rouge_____ 2017

C. Additional Defendants: _____Steven Shot_____ Youshe pt1 Lee case show

Witness Kacy Jackson

Keisha Simpson pt1 on ear course Tracy williams
Michelle 225-302-0605
After Brown calllog they phone profile
Forced to turn myself in for noth

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Hearsay 24-48hr
Forged records
Admonishment claim
Finger print
US Rosendal Claim bras Broken
Als Court Defamation Emotional Distress nath observe workout protect
Supreme Court Loss of wages pain-suffer
Personal Injury
Every Court Refuse Atty merchase Healthcare
I to sot Infam slip n pall
Barassi Bost few equipment Hovengel
Judicial Broken Jaw
Never Read motion risg
False statement order
Commitment post convictions illegal
Sentences false petroleum
False imprisonment false arrest
Chambers Contempt court never Bet
How change Broken
State Rehearn Feldman District throw out arrest
Sub Attorney House of street Home
Court po that La El mrs forest crash
Illegal In Jackson 2013-2025 YR
Probate Harassment

*[Handwritten margin notes at top:]* Dont Evan Feel Safe Here, flags Connector, old cawly Search Bias, Library Funer / Letty, Room Assa shoranti, Lt Rhodes across Dwin

### V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. **Imeodiate Release**

*[Handwritten:]* 2014 7:00pm, 2014 Apr 28 2020 Im in new Zucks, Mental Reimburst stolen million dollar bill, Personal Records of Property Before Property claim, Injury aoos Jebirement Disputon Account Exontion, Sub in Property East Feliciana pawish Record Expunged, Paul in Fletche Transfer sheriff civil Arrested Post-convicted, plu to A.S.S.P. to Oakcrest Property room Lanory room, Wes 200 Feliciana Dennis rushed... File on File 2024, Trucy Sou cover they Self Antre theyres crooked Do nothd no no suit, Easten La mental Health on also Jackson carts an men an uz crim Pus East Felicia I Rep Lt police crooked

### VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

4. I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this __2__ day of __01__, 20__29__.

_____
Smith Michael
Signature of plaintiff(s)

Form OP-C-13-ARP-1
08 February 2019

## ADMINISTRATIVE REMEDY PROCEDURE

### THIS IS A REQUEST FOR ADMINISTRATIVE REMEDY

0700AN
△ 4/05/2023

**Inmate's Name:** Smith Michael
**DOC #:** 580091
**Date of Incident/Complaint:**

**Place and Time of Incident/Complaint:** Ehcc tier 4/02 West Feliciana Busyelles CPA Acc East catahoula Service RUSH 30 day

**Describe Nature of Complaint (i.e. WHO, WHAT, WHEN, WHERE, AND HOW):** Sol 1 bucc cell no comm one Elayn Hunts Corruption
conform Force Force DOC Bribery mischief manipulation
Illegal to Be Boot Ineffective counsel Abusing Authority
Illegal Denied threatenes malfeasance lack of
Sentence Goodtime Restitution 120hr no outs size Esother lack
wrong pill Tmpny snell Illegal Petroneud Shower water wont great peary worn
15-322 Town person BJSBO no communicate 3 Officer Put Hen on
See Deputy Howell Book on minutes Office Reorge charge
collocate Mistake Fouly Double LSP 5/11 04/2023
some one stolemy Wanted Wear not instead F sound pinneey
toenail from Derrick he probe stop failure to
Put Charms Crescent Card smiles CFA don't that harment ycdpates spray
NEEDCARD coinformed evidence whammat drank  over 4/5
RC

**Inmate's Signature:** Logans Althea
**DOC #:**
**Date:**

TO: _____
Inmate's Name and DOC #

☐ ACCEPTED:  Please respond to the inmate within 40 days/Five days for PREA.

☐ REJECTED:  Your request has been rejected for the following reason:

_____

_____

ARP Screening Officer                     Date

Final
Closson
Whenever it
Recieved
Thank
proforma

Time                    To Clerk I need please help
0200  Ask Doolittle                          or
06-6-20  Victoria Coxley  Michael  Coxley
         I need                    Smith    Please
     In the US a Fifth circuit court phone
     Louisiana Supreme court  number
                              An
             Phone number address

STATE
CIVIL              OFFICE
Action             Of LEGAL
number             AFFAIRS Department
Sub case           Address of
Please Phone                    provide
  OF                            safety
No        Justice    Louisiana Dept of
Citation    Initia   Justice Office
            tive    New
                    Orleans Phone number
I pay                         Address
                              Of Attorney
    Money to                  General
         open                 Baton
         Pump Approval        Rouge
    No Probate please
         Cause not
                 Guilty
    Not a con on All
    Possession of Firearm Charges   Not
                                    Edwards
     F got   meth 23 WP(N)Z4
     Ventilator 23W P(N)(Z8
     on               Not punish
         Pardon Serve     on
                          comakes
    first to Kosher  Duran  Kolon
         to           the
           causing
           Firearm Jan 4/2d
    need         Never Gave
    State                    create
    Vs Ridson                punitive
    F got   Innocent         seizure
    turned to  STATOO
           Vote    clean
     Dixon  10 Cens need  Translate
     corrector Fuclmah DMV pret Reeding
     Angola Post conv need     False  Livein
           Prison       clean  probate   5 gun
         ARF in Juvenile Record  1339 not there

psk | cell    msipnce    rnstatewoom
For    Flooding msyonk   IGOt Every File weapon
one  gootime  Police classpe 60 day   Book copy prp/ living
Denied gootime pression Brutally Empnel was snveance BALA
Corruption        Induvgl Right   RUSpendor Phones
          Individual Right
murder   1   Force   mess Drygneysean
time
Hit       Nver Habol  vne Fl--
Broken   Read   sney monopurombel
Jaw    miraws
At        Right I FILE All Exhausted
East    E Bluegrated colDcase remeas
Feliciano qre  Fu Every cont son   white
                                                          killer
2013 Innocence        wona            kang
criminal    GRO   Appesus courer  set
Trepassing Lack of      ALL District All
N Ever                                            pore
Booken Abuse Ed  Voy  erorone vacane  men
state  neglited      Never on   cond
to mare                              An
money   Verballcut of    scene
Sove  Abuse    Water DyHydration
off
me    no Fair tripl    not on camer
Obstruction
of    In    Au  encuer wysense
Justice
Enters louislang  8SO   punt shmey
ment  Racial   88 t   Enslavement
mistepretintous to officen MAIFeanse
Peson Police hams ourpne  In office
Donial                    Reatmeus
Illesin Beth  wht
Address            nurse young
call    Countnory stare Q Infeccen
Doctlow/Racial    no Food no water
Dept mosnmen undue Accus Liven Lann
of  Justice State Acount Every when
Dely  no Black DePendant has foh
Inocent  Trian     Piccuson
No  False Allegation     Stmechange
See                           V Same Serve
False change Baken       Time
      Criminal trepass
they Dont pay or Remain proper
Set to Side Database

Kitchen worker on Pole 2008 3-4yrs
I work Easter LA mental
For DHH                Hospital P036
                       Feliciana

I PAID OVER DRIVER License
                              tube
                              cream
508 for Expurses
      For real False
Please              Bench Warr
File                508
  For
Set money    Title can got
  Back              Stolen
Please              28
I      Thuse By
Friends to     Benwell on File
  You            Snitch on File
Call     Docu      Some stet
  Europa   Bank    to     w
Need  Also                Sainfranco
Have   Sister       Any
Don't I  Docu    John  Bagul
Want Sam Accou    Up Father
     Job
Immos Brother Each washing
Request Trustee Deco money
        Account
Make
Calls
Boss       Charging u
                  Washing
Every Daby        Worke
       First y'all   From Doc
Write            Sister NSF
Me
     Back      Crossing  Putting
      Her      Attorney  Checks
I love              Money   Inshare
Y'all How
    Prop          B Preys
I'm Waiters Farm   Sent to Personal
Listen Prosec  Codes        Future
To y'all Sele frame Proves  Cheel
          See                go stolen
Ph         Clean            From
      Negotim               Kennell
Ethey Pursian               Mother
 East     Sotoff            Daughta
          In Mail           Left
Hwy m   Box
255 loss Wanda moneson
              of wired state
                 Pogill



Michael Smith 102454
6925 Hwy 0580091
74
Elayn Hunt PoBox174
correctionscenter
Saint Gabriel La70776

United States District Court
Middle District of Louisiana
777 Florida Suite 139
Street
Baton Rouge

Baton Rouge P&DC 708
07 MAR 2025 PM